# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN EISENHART, | Case No. 2:20-cv-05819 |
| Plaintiff, | Judge Watson |
| v. | Magistrate Judge Vascura |
| JETSELECT LLC D.B.A JETSELECT AVIATION, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, hereby stipulate that all claims in the above-captioned matter are hereby dismissed with prejudice, each party to bear its own attorneys' fees, expenses, and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *Peter G. Friedmann* | **/s/ Robert Huff Miller (per email authority)** |
| Peter G. Friedmann (0089293) | Robert Huff Miller (0076939) |
| **The Friedmann Firm LLC** | ROBERT HUFF MILLER LLC |
| 1457 S. High Street | 100 East Broad Street |
| Columbus, OH 43207 | Columbus, Ohio 43215 |
| Phone: 614-610-9756 | Phone: 614-384-5794 |
| Fax: 614-737-9812 | Fax: 614-441-9280 |
| Email: pete@tfflegal.com | Email: rob@roberthuffmiller.com |
| *Attorney for Plaintiff* | Arielle S. Eisenberg, Esq. |
| | Fla. Bar No.: 0111467 (admitted *pro hac vice*) |
| | Counsel for Defendant JetSelect LLC |

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of June, 2021, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Peter G. Friedmann
Peter G. Friedmann (0089293)